IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| TONY L. SAYLOR, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 7:08-CV-103 (HL) |
| VALDOSTA STATE PRISON CERT TEAM; *et al.*, | : | |
| Defendants | : | **ORDER** |

On July 18, 2008, Plaintiff **TONY L. SAYLOR**, an inmate at Calhoun State Prison in Morgan, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

In an Order dated September 9, 2008, the Court ordered plaintiff to pay an initial partial filing fee in the amount of $9.00  Plaintiff failed to pay the initial partial filing fee.

Therefore, in an Order to Show Cause dated October 7, 2008, the Court ordered plaintiff to show cause to the Court, before October 24, 2008, why his case should not be dismissed for failure to pay the initial partial filing fee.  Plaintiff was ordered to advise the court: (1) what attempts, in any, he made to pay the required $9.00 initial partial filing fee; (2) whether he requested prison officials to withdraw the required amount from his account and to submit it to the Court; and (3) whether he wished to proceed with his lawsuit.

Plaintiff has failed to pay the filing fee or otherwise respond to the October 7, 2008 Order to Show Cause.

Because of his failure to comply with the Court's instructions, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 4th day of November 2008.

*s/  Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb